

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2022

No. 04-21-00494-CR

Harvey **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 620144
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's brief was due April 29, 2022. On April 29, 2022, appellant filed a motion requesting an extension of time to file the brief because his appointed counsel recently learned that two trial exhibits, State's Exhibit No. 1 and State's Exhibit No. 2, have not been filed in this court. The motion also states that "the court reporter in charge of those exhibits . . . delivered the exhibits to the official court reporter for Bexar County Court at Law No. 8, Ms. Yvonne O'Bar."

We **ORDER** court reporter Yvonne O'Bar to file a supplemental reporter's record containing State's Exhibit No. 1 and State's Exhibit No. 2 in this court **by May 17, 2022**. We further **ORDER** that appellant's brief will be due 30 days after Ms. O'Bar files the supplemental reporter's record.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2022.



Michael A. Cruz,
Clerk of Court